# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 5:19-CV-00386** |
| | ) | |
| Plaintiff, | ) | **JUDGE PEARSON** |
| | ) | |
| v. | ) | |
| | ) | |
| **PINOLO INCORPORATED,** *et al.*, | ) | **MOTION FOR DISMISSAL** |
| | ) | **PURSUANT TO FED. CIV. R. 41(a)(2)** |
| Defendants. | ) | |
| | ) | |

NOW COMES Plaintiff Spencer Neal, by and through counsel, and hereby motions this Most Honorable Court for an Order of dismissal pursuant to Fed. Civ. R. 41(a)(2) as to Defendant Tito's Pollo, LLC. Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant Tito's Pollo, LLC, with prejudice.

Respectfully submitted,

**/s/ COLIN G. MEEKER**

Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal