Approved.
/s/ *Benita Y. Pearson* on 1/3/2020
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | CASE NO. 5:19-CV-00386 |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| **PINOLO INCORPORATED,** *et al.*, | ) | **JOINT STIPULATION AND ORDER** |
| | ) | **FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted,

**/s/ COLIN G. MEEKER**
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Spencer Neal


**/s/ JASON A. WHITACRE**
Per email approval on 1/2/2020

Attorney for Defendant, Richfield Properties, LLC

1

/s/ *SCOTT J. FRIEDMAN*
Per email approval on 1/2/2020

Attorney for Defendant, Tito's Pollo, LLC

## ORDER

This stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

_____
JUDGE BENITA Y. PEARSON